ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
PATRICK T. BARRY
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: patrick.barry2@usdoj.gov
Attorneys for Plaintiff

FILED

2018 MAY 16 PM 3: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR18- 849 TUC JAS (BPV)

United States of America,

Plaintiff,

vs.

Luis Vaca-Lopez,
aka Jose Alberto Vaca-Lopez,

Defendant.

INDICTMENT

Violations:
8 U.S.C. § 1326(a)(enhanced by
8 U.S.C. § 1326(b)(1))

(Illegal Reentry)

**THE GRAND JURY CHARGES:**

On or about April 18, 2018, at or near Douglas, in the District of Arizona, Luis Vaca-Lopez, aka Jose Alberto Vaca-Lopez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about April 3, 2018, and not having obtained the express consent of the Attorney General or the Secretary of the Department

///

of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated: May 16, 2018