

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CR-18-849-TUC-JAS(BPV)<br>Case No. 08-18-849 JaS<br>MOTION TO DISMISS COUNSEL<br>FOR INEFFECTIVE ASSISTANCE |
| vs.<br>Luis Vaca Lopez<br>Defendant, | |

COMES NOW, the defendant Luis Vaca Lopez to respectfully request that this Honorable Court sets its calendar for a motion hearing, to terminate counsel

This motion is supported by the United States Constitution's Fifth, Sixth and Fourteenth Amendment guaranteed right protection.

This motion is submitted pursuant to the F.R.Crim. Proc. Rule 12 (b), and is submitted in good faith., Attached is a Memorandum of Points and Authorities to establish this Motion factual background and to support its caption clause.

Respectfully submitted this 6 day of September, 2018.

_____
(Defendant/Movant)

Your Honor Soto,            September-6-18

I'm writing to you regarding my Councel. I'm sorry for the inconvinience of this matter, but I would like to fire my Attorney (MAria Davila) for Ineefecive assistance, She is not helping me with my Case, I know I have made mistakes in my life but I dont think the plea offered to me which consist of six years Justifies my actions for coming into this Country illegaly.

In all honestly I been raised here since the age of two and the reason I came back is because I have no one left in Mexico but my Dad. that is ill of Canser, I'm not asking you to release me but please be leanient on my sentence, I'm asking you this so I can make it out in time to see my Father in what's left of his time on this earth. but all in all I believe a better Councel will help me fix this issue at hand so I can put all this behind me, I just think I need Someone that will actually fight for me in Court. on my last visit with my attorney she asked me to sign a plea without even explaining anything to me. I am Sorry to say this but I am illitarate and I have Someone helping on this letter. and all my Attorney wanted me to do was Just sign my plea saying there was no other way of doing things. I had given my Councel a letter for you but all she said was that it wasin't gonna help me and it was Just gonna make matters worst.

I had a Family issue regarding my Daughter

Someone tried to Sexually abuse her she's eleven years old.. all I'm asking is a chance for another Attorney to help me with this matter.. like I said before I'm not asking for you to believe me but have leaniency and Don't Just look at me like a Criminal but as a humanbeing.. So I can be with my family once again when I go back to mexico.. because I'm not coming back to the united states of america.. I will start all over in mexico I have plans to open up a barbershop over there. all in all thank you for your time. I have Sentencing on november 16.. So I'm hoping to get a new Attorney by then... thank you..

Dismiss Council for Infective Assistance..

1)..No Communication
2) Just wants me to Sign plea...
3) She Doesn't take into consideration anything I tell her about my family...
4) She Said there's nothing else she can Do for me...
5) I would like to have a new Attorney..

Luis Vaca

